**BANNUM, INCORPORATED,**
**Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

No. 03–5114.

United States Court of Appeals,
Federal Circuit.

Oct. 3, 2003.

### ORDER

Upon consideration of Bannum, Incorporated's unopposed motion to voluntarily dismiss its appeal,

IT IS ORDERED THAT:

The motion is granted.*

---

* We note that Bannum requests that this dismissal be without prejudice, however, it is not the practice of this court to dismiss with or without prejudice.